# EXHIBIT D

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH,<br><br>   *Plaintiff,*<br><br>v.<br><br>CITY OF PITTSBURGH; *et al.*,<br><br>   *Defendants*. | Civil Action<br><br>No. 2:22-cv-706-RJC<br><br>Judge Robert J. Colville |

### DECLARATION OF CAROL HARDEMAN

Pursuant to 28 U.S.C. § 1746, I, Carol Hardeman, hereby declare as follows:

  1.  I have personal knowledge of the matters stated herein and would testify to the same if called as a witness in Court.

  2.  I am over eighteen years of age and am otherwise competent to testify.

  3.  I am the Executive Director of the Hill District Consensus Group.

  4.  The Hill District Consensus Group's ("HDCG") mission is to create effective pathways for intergenerational residents to overcome economic, social, and housing disparities. Through grassroots efforts, the HDCG is building a community of hope, justice, and opportunity where all residents have a voice in the decisions that affect their lives.

  5.  HDCG membership includes numerous neighborhood groups and 200 individual members.

  6.  The HDCG has taken a community-driven and people-centered approach to shaping community planning and development efforts for nearly twenty years with the goal of making it possible for children and families to thrive in their homes. Over that time, HDCG has

achieved several significant accomplishments, including but not limited to: forming community driven development plans in 1996 and 2002 that became the basis for affordable housing developments in the Hill District; recruiting a grocery store operator to manage a Shop 'n Save store in the Hill District that pays a living wage; facilitating community review of potential development projects in the Hill District; helping secure 200+ jobs for community residents; and mobilizing more than 200 residents to create the latest neighborhood master plan.

7. The HDCG has long worked for and advocated for development agendas that reflect community priorities, specifically organizing to ensure that development efforts achieve shared prosperity across diverse economic and demographic groups. The HDCG has used economic justice organizing strategies to prevent market forces from developing land that will likely cause residential displacement, gentrification and other forms of economic oppression in the Hill District.

8. The HDCG sees inclusionary zoning as an important tool for ensuring housing equity in Pittsburgh and has exerted significant time and resources to passing the Inclusionary Zoning Ordinance ("IZO"). In furtherance of the IZO, HDCG collaborated with other grassroots groups to provide outreach and education to the public, testified at City Council hearings, and rallied community support.

9. The Hill District is comprised of majority low-income Black residents in three neighborhoods (though these three historic neighborhoods have been broken apart by recent development into six tracts in the 2020 Census). The Hill District is already facing significant displacement because of a lack of affordable housing and the increasing cost of living. The Hill District is also marked by blight, and in some areas, an aging housing stock in disrepair because residents cannot afford needed renovations. With an uptick in new development, displacement is

accelerating and increasing numbers of Black residents are being pushed out of the neighborhood and City by skyrocketing prices. The Hill District is being lost.

10. In light of the current conditions in The Hill District, the HDCG has a significant interest in protecting IZ as a tool in order to create more desperately needed affordable housing and prevent further displacement. The Hill District borders the neighborhoods where the IZO applies. The HDCG sees this lawsuit as a moment of reckoning for racial justice in Pittsburgh.

11. If Plaintiff prevails in this lawsuit, the HDCG will need to re-direct resources away from important ongoing community work to focus on affordable housing since the neighborhood will be in jeopardy and further displacement imminent. If the IZO is overturned, it will impair the HDCG's efforts to bring inclusionary zoning to The Hill District. The HDCG will have to educate and mobilize the public to advocate for additional affordable housing interventions.

12. I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of August, 2022, in Pittsburgh, Pennsylvania.

_____
Carol Hardeman