UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH, *Plaintiff*, v. CITY OF PITTSBURGH; *et al.*, *Defendants*. | Civil Action<br><br>No. 2:22-cv-706-RJC<br><br>Judge Robert J. Colville |

### [PROPOSED] ORDER

AND NOW, this _____ day of _____ 2022, upon consideration of the Motion to Intervene by Lawrenceville United, The Bloomfield Development Corporation, The Polish Hill Civic Association, The Hill District Consensus Group, and The Fair Housing Partnership of Greater Pittsburgh (together, "Intervenors"), and any opposition thereto, it is hereby ORDERED that Intervenors' Motion to Intervene is GRANTED. The Clerk of Court shall DOCKET **Exhibit A** to the Motion to Intervene as Intervenors' Motion to Dismiss Plaintiff's Complaint.

BY THE COURT:

_____
Hon. Robert J. Colville
United States District Judge