## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH, | Civil Action |
| *Plaintiff,* | |
| v. | No. 2:22-cv-706-RJC |
| CITY OF PITTSBURGH; *et al.*, | Judge Robert J. Colville |
| *Defendants.* | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, the foregoing Motion to Intervene, Proposed Order, Memorandum in Support, and exhibits thereto were filed electronically and served on all counsel of record via the ECF system of the U.S. District Court for the Western District of Pennsylvania.

Dated: August 15, 2022          */s/ Kevin Quisenberry*

                                Kevin Quisenberry