IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF PITTSBURGH, COREY LAYMAN, in his official capacity as Zoning Administrator of the City of Pittsburgh, KAREN ABRAMS, in her official capacity as Director of City Planning of the City of Pittsburgh, and SARAH KINTER, in her official capacity as Director of Permits, Licenses, and Inspections of the City of Pittsburgh,<br><br>Defendants. | No. 2:22-cv-706-RJC<br><br>Judge Robert J. Colville |

## **ORDER OF COURT**

AND NOW, this 3rd day of April, 2023, upon consideration of Defendants Motion to Dismiss (ECF No. 29) and the Motion to Intervene filed by Lawrenceville United, the Bloomfield Development Corporation, the Polish Hill Civic Association, the Hill District Consensus Group, and the Fair Housing Partnership of Greater Pittsburgh (collectively, "Intervenors"). (ECF No. 31), and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that:

1) Defendants' Motion to Dismiss is GRANTED as to Counts II and IV, without prejudice;

2) Defendants' Motion to Dismiss is DENIED as to Counts I and III;

3) Defendants' Motion to Dismiss the claims against the individual Defendants, Corey Layman, Karen Abrams, and Sarah Kinter is granted with prejudice;

4) With respect to Counts II and IV, Plaintiff is granted leave to file an amended complaint. Any such amended complaint shall be filed by April 17, 2023. To the extent Plaintiff files an amended complaint, Defendant, City of Pittsburgh, shall file a response by May 8, 2023. To the extent that Plaintiff does not file an amended complaint, Defendant shall file an answer to the remaining claims set forth in the Complaint (ECF No. 1) by May 8, 2023.

5) The Intervenors' Motion to Intervene as of Right is DENIED;

6) The Intervenors' Motion for Permissive Intervention is DENIED;

7) The Intervenors' Proposed Motion to Dismiss is moot.

BY THE COURT:

*/s/ Robert J. Colville*_____
Robert J. Colville
United States District Judge

cc: All counsel of record