IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action No. 2:22-CV-00706-RJC ) ) |
| CITY OF PITTSBURGH, | ) ) ) |
| Defendant. | ) |

## AFFIDAVIT OF COREY LAYMAN

1. My name is Corey Layman. I am employed by the City of Pittsburgh ("the City") as the Chief Zoning Officer and Zoning Administrator for the Department of City Planning.

2. I have been employed by the City as the Zoning Administrator since 2014.

3. As Zoning Administrator, I am responsible for overseeing the Department of City Planning's Division of Zoning and Development Review. In this capacity, I oversee the review of applications for property development within the City. This review includes a determination of what City Zoning Code provisions apply to any specific property, and whether there are any special exceptions, variances, or other relief from the City Zoning Code's provisions available to an applicant.

4. On December 13, 2023, Attorney Richard Cromer requested a preapplication meeting for the development of property located at 3510 Fifth Avenue.

5. On January 29, 2024, the City held a preapplication meeting for the property located at 3510 Fifth Avenue.

**Exhibit Q**

6. Since the preapplication meeting, neither Attorney Cromer nor the owner of 3510 Fifth Avenue, S. Rand Werrin ("Werrin"), have taken any additional steps through the City's zoning review process to develop the property located at 3510 Fifth Avenue.

7. Neither Attorney Cromer nor Werrin have submitted an application for the development of the property located at 3510 Fifth Avenue.

8. Neither Attorney Cromer nor Werrin have submitted a request for a variance, a special exception, or any other relief from the Inclusionary Zoning Ordinance ("IZ-O") or any other ordinance for the property located at 3510 Fifth Avenue.

9. The City has not denied a request for a variance, a special exception, or any other relief from the IZ-O or any other ordinance for the property located at 3510 Fifth Avenue.

10. On March 19, 2024, Mark Hensler of Strada, LLC submitted an application to the City on behalf of Walnut Capital for the development of property located at 262 McKee Place.

11. Strada, LLC's application indicates that it intends to provide seventeen (17) inclusionary housing units in accordance with the IZ-O's provisions within the property located at 262 McKee Place.

12. Strada, LLC is pursuing a height variance for an accessory structure on the property located at 262 McKee Place.

13. Strada, LLC has not submitted a request for a variance, a special exception, or any other relief from the IZ-O for the property located at 262 McKee Place.

Commonwealth of Pennsylvania
County of Allegheny

    I declare under penalty of perjury that the foregoing is true and correct. Executed this 22nd day of August, 2024.

                                                                     Corey Layman

Sworn to and subscribed before me this

22 day of August 2024.

_____
Notary Public

Commonwealth of Pennsylvania - Notary Seal
NATALIE JOY MAYS - Notary Public
Allegheny County
My Commission Expires January 31, 2025
Commission Number 1274423

3