# Exhibit "A"

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, | ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 2:22-CV-00706-RJC |
| v. | ) ) ) | |
| CITY OF PITTSBURGH | ) ) | |
| Defendant. | ) | |

## AFFIDAVIT OF SAMUEL RAND WERRIN, D.D.S.

I, Samuel Rand Werrin, D.D.S., being duly sworn, making this Affidavit on the basis of my personal knowledge and state as follows:

1.    I am a resident of Allegheny County and am above the age of 18 years old.

2.    I am a property owner with various interests in real properties located at 3504 Fifth Avenue, Pittsburgh, Pennsylvania 15213, Parcel ID:  0028-F-00029-000-00 (hereinafter "3504 Fifth"); 3506 Fifth Avenue, Pittsburgh, Pennsylvania 15213, Parcel ID:  0028-B-00074-000-00 (hereinafter "3506 Fifth"); and 3510 Fifth Avenue, Pittsburgh, Pennsylvania 15213, Parcel ID:  0028-B-00076-000-00 (hereinafter "3510 Fifth") (3504 Fifth, 3506 Fifth and 3510 Fifth are collectively referred to as the "Werrin Properties").

3.    I am a member of the Builders Association of Metropolitan Pittsburgh ("BAMP").

4.    As an owner of real property in the City of Pittsburgh, I am subject to Pittsburgh City Ordinances 2021-1414 and 2022-0592 (the "Ordinances").

5.    The Werrin Properties are located in the UCE Zoning District and subject to the requirements under the Ordinances.

1

6.    I have made an application to the City of Pittsburgh for the development of one of the Werrin Properties.

7.    I was informed that the Ordinances and the UCE Zoning District require 100% affordable units for the development on the property.

8.    As a result of this requirement, I cannot develop the property without sustaining financial harm.

9.    The financial harm I am sustaining is my inability to sell the property at a market rate.

FURTHER AFFIANT SAYETH NOT.

Samuel Rand Werrin, D.D.S.

SWORN TO and subscribed to
Before me this 24th day of October, 2024

Notary Public
My Commission Expires: 7/22/2028

Commonwealth of Pennsylvania · Notary Seal
MARCELLA L MARSHALL · Notary Public
Allegheny County
My Commission Expires July 22, 2028
Commission Number 1215217

2