## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, <br><br> Plaintiffs, <br><br> v. <br><br> CITY OF PITTSBURGH, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No. 2:22-CV-00706-RJC |

## **ORDER**

AND NOW, on this _____ day of _____ 2024, after considering the City of Pittsburgh's Motion to Dismiss Plaintiffs' First Amended Complaint, ECF No. 105, and the briefing in support and in opposition thereto, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the Motion to Dismiss, ECF No. 105 is DENIED.

BY THE COURT,

_____
J.