# EXHIBIT R

# BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH
## Customer Phone List
### January 25, 2023

| Builder Members |
| --- |
| 3 Birds Accessibility |
| 23 Covenant Construction, LLC |
| A. Richard Kacin, Inc. |
| AKN Interiors LLC |
| All Star Building Inc |
| American Dreamers Renovations |
| Angelo Associates Inc |
| Anthony Custom Homes, LLC |
| AquaGuard Systems, Inc. |
| Arris Construction, LLC |
| Benjamin Marcus Homes |
| Blockhouse Residential |
| Buccos Roofing |
| Build 360 LLC |
| Celtic Capital |
| Charter Homes & Neighborhoods |
| Cherry Hills |
| Citylife Construction |
| Continental Senior Communities |
| Costa Industries, LLC / Costa Homebuilders |
| Crown Custom Construction LLC |
| Crs Contracting |
| D M Brentzel Builders |
| DA. Parise Building Constracting LLC |
| Daniel E. Brentzel Construction Co, Inc |
| DaveCooper.Live |
| David W. May General Contractor LLC |
| Deerfield Management Group, Inc. |
| DeShong Design + Remodeling |
| Disaster Restoration Services |
| Dominion |
| Donald A. Paulone Custom Built Homes |
| Dovetail Cabinetry, LLC |
| DRB HOMES |
| D.R. Horton, Inc. |
| DSA Builders, Inc. |
| Eddy Homes, Inc |
| Enlightened Remodeling |
| Escajeda Contracting- DBA Inks Installations |
| Essig Renovation & Design |
| Evangeliste Construction |
| Executive Developers, LLC |
| Foxlane Homes at Pittsburgh, LLC |
| Foxtail Construction & Renovations LLC |
| Franjo Construction Corporation |
| Frank DeAugustine Construction |

| Builder Members |
|---|
| Giustini Enterprises, LLC |
| Graf Custom Construction, LLC |
| Grasinger Homes, Inc. |
| Griffith Home Services |
| Holmes Build LLC |
| Horn Corp |
| Howell Contracting |
| I D C, Inc. |
| Infinity Custom Homes |
| Inspection Repairs of Pittsburgh |
| J.A. Lott Design & Associates |
| J. Francis Company, LLC |
| J.R. Hall Excavating, Inc. |
| K. Hovnanian Homes |
| Koch Construction Co., Inc. |
| KP Builders, Inc. |
| LAD Construction Company, Inc. |
| Laurel Developement |
| Leichty Builders Inc |
| Loco Builders |
| Londonbury Homes, Inc. |
| Maronda Homes, Inc - Larry |
| Marvista Kitchen and Bath |
| Master Remodelers, Inc |
| McClellands Contracting and Roofing |
| McKinney Properties, Inc. |
| McQueen Building Company |
| Michael T. Braund Construction, Inc |
| MK Homes |
| MMC Land Management |
| MM Marra Construction |
| NDC Asset Management |
| NO Fltr LLC |
| Nomak Custom Homes |
| NVR-Ryan Homes - Heartland Homes |
| Oakdale Development |
| One of a Kind Design |
| Operation Home Improvement |
| Paragon Homes, Inc. |
| Paramount Construction |
| Parry Custom Homes |
| Pelly Properties |
| Petra Enterprises, LLC |
| Phillips HC Group, LLC |
| Pine Creek Development |
| Pine Valley Builders |

| Builder Members |
|---|
| PittSouth Development, LLC |
| Porter Properties |
| Prime 1 Builders, Inc |
| PSW - Simm Lohman |
| R. A. Snoznik Construction, Inc. |
| Randy Werrin |
| RDC Design-Build, Inc. |
| Residential Resources, Inc. |
| Ricciuti Enterprise, Inc |
| Rick Horn Construction, Inc. |
| Royal Penn Homes |
| Santiano Remodeling |
| Scarmazzi Homes |
| Schumacher Homes of Greensburg |
| Scott F. Fetterolf Builders Inc. |
| Senterra Building & Development, Inc |
| Sierra Investment Properties, LP |
| Songbird Development, LLC |
| Sparkle Construction - SPP, Inc |
| Stambrosky Homes |
| Steel City Jambs |
| Stewart Contracting, Inc |
| Stix and Stones Consulting |
| Suncrest Homes, Inc |
| Sweetwater Builders, Inc. |
| Tauber Homes LLC |
| T J Bush Enterprises, INC |
| Ted Taylor |
| The Fireplace/Magnotti & Son, Inc. |
| The Meritage Group L.P |
| The Phillips Builders, Inc |
| Tischendorf Contractor Services, LLC |
| TK Carpentry & Construction, Inc |
| Topper Construction Company |
| Totteridge Properties LLC |
| Traditions of America |
| Turn Key Foundations |
| Wagner Development Co. Inc. |
| Waller Corporation |
| WalMar Inc. |
| Walnut Capital |
| Wayne Homes, LLC |
| Weatherizer, Inc. |
| Weaver Homes |
| Wheels Mechanical Contracting & Supplie |
| William E. Frisch Company, LLC |

| Builder Members |
|---|
| Wooster and Associates, LLC |
| Barrington Homes, LLC |
| Barth Alan Levy Design-Build |
| Bozzo Brothers Builders, LLC |
| Brennan Homes, Inc |
| Don Fennell Home Remodeling |
| Heurich Construction, Inc |
| Jerry Horn Construction, Inc |
| John Hobart Miller, Inc |
| Kozik Brothers, Inc. |
| Kress Restoration |
| Madia Homes, Inc. |
| Massucci Builders |
| Masterpiece Kitchens |
| McMeekin Contracting Inc |
| Minnock Real Estate |
| Pitell Homes |
| R A M Electric, Inc. |
| Rossman/Hensley, Inc |
| Sante Berarducci, INC |
| Spagnolo Custom Homes, Inc. |
| William Miller's Sons, Inc. |
| Zokaites Contracting, Inc |
| Action Builders |
| Ames Construction |
| Cortes Builders |
| Diamond Custom Homes, Inc. |
| Graziani Homes |
| Infinity Custom Homes. |
| Infinity Custom Homes.. |
| Maronda Homes Lamar |
| Maronda Homes, Inc. - Matt |
| Maronda Homes, Inc. Jason |
| Master Remodelers, Inc. |
| Master Remodelers, Inc.. |
| Mesa Wood Ltd |
| Metz Development Inc. |
| Next Home PPM Realty- Fred |
| NVR Inc Heartland Homes, Inc. Coury |
| NVR/ Inc Heartland Homes, Inc. Packard |
| Prime 1 Builders, Inc Joy |
| Prime 1 Builders, Inc.. Shannon |
| Scarmazzi Homes. - LINDA |
| Scarmazzi Homes. - Robin |
| Scarmazzi Homes.. - Doug |
| Suncrest Homes, Inc. |

| Builder Members |
|---|
| The Phillips Builders, Inc. |
| TK Carpentry & Construction, Inc.. |
| TK Construction & Carpentry.. Mike |
| Tom Grable Construction |