# EXHIBIT S

| Customer |
|---|
| 43rd Street Concrete |
| 84 Lumber |
| 84 Lumber Co. |
| A. M. Window & Const. Co. LLC |
| Accessible America |
| Accurate Garage Door Company LLC |
| Air Duct Maintenance, Inc. |
| Allegheny Millwork & Lumber |
| Allegheny Structural Components |
| American General Services Corp |
| American Telecom Corp. of PA |
| Andersen Windows, Inc. |
| Andredas Cabinetry, LLC |
| Andy's Sprinkler Service |
| Anthony Ferraro Plastering & Stucco, Inc |
| Armina Stone Emre |
| Arose Interiors |
| Artcraft Wood Products Co. |
| Atlantic Bay Mortgage Group, LLC |
| B & W Insurance Agency |
| B6 Systems |
| Baird Brothers Fine Hardwoods |
| Barson Development Co |
| Beacon Building Products |
| Bella Construction & Development |
| Bella Enterprises, Inc. |
| Bella's Army Painting |
| Bennett Supply Company |
| Beverly Heating & Cooling, Inc. |
| Binders Enterprises, LLC |
| BlueLinx Co. |
| BMS CAT |
| Bowles Rice |
| Breez Lending |
| Brentwood Bank |
| Bridgeville Appliance |
| BridgeWorks, LLC |
| Broker's Settlement Services |
| Brookside Lumber & Supply. |
| Bryan Chambers Plumbing Inc. |
| Builders Buying Group |
| Builders Insurance/Duncan Financial Group |
| Building Site Synergy |
| Cambria |
| Cardello Lighting |
| Cardello Lighting & Electric |

| |
|---|
| Carter Lumber Co |
| CDI Printing |
| C.E. Cooke Drywall |
| Central Van Lines |
| Ceramiche Tile & Stone, Inc. |
| CertaPro Painters of Pittsburgh East |
| Citizens Bank Jann |
| Civil & Environmental Consultants, Inc. |
| Classic Rock Fabrication |
| Clopay Garage Doors |
| Closet Factory |
| Coldwell Banker |
| Columbia Gas of PA |
| Colussy Chevrolet |
| Commonwealth Abstract Closing Svs Inc |
| Cosentino |
| Csonka Heating & AC Inc |
| CW Electrical Services Inc |
| DaVinci Roofscapes |
| Deer Creek Home Improvement, Ltd. |
| Design House Homes, LLC |
| Dickie, McCamey & Chilcote, P.C. |
| Disaster Restoration Services |
| Dojonovic Landscaping, Inc |
| Dollar Bank |
| Don's Appliances.. Nick |
| Eclipse Construction Management, LP |
| Eco Product Group - Silverarmor Paint |
| Eco-Seal Home Solutions |
| Elite Media Installations |
| Excel Glass & Granite |
| Executive Microcomputer Services |
| Fairfield Landscaping |
| Famous Supply |
| Farmers National Bank |
| Ferguson Enterprises, Inc |
| FHLBank Pittsburgh |
| Five Star Settlement Services, LLC |
| F.N.B Corporation - John |
| Fred's Signs, LLC |
| Garaventa Lift |
| Gaskill Architecture LLC |
| Gesk Moritz, LLC. |
| Gibson-Thomas Engineering Co., Inc. |
| GM Constracting LLC |
| Gotcha Covered Pittsburgh North |
| Granex Industries |

| |
|---|
| G's Window & Gutter Cleaning, LLC |
| Guardian Home Technologies |
| Hearth & Home Furnishings |
| Henefeld Garage Doors |
| Highlander Waterproofing & Foundation Rep |
| Hoovers Stone Quarry, LLC |
| Howard Hanna New Homes |
| Howard Hanna New Homes - Bridget |
| Howard Hanna New Homes -Deanna |
| Howard Hanna New Homes -Michael |
| Howard Hanna New Homes -Stu |
| Hritsko Contracting |
| Huber Engineered Wood |
| Huntington National Bank |
| HVAC Consultants Inc |
| IBACOS, Inc. |
| Inspired Closets by Tom |
| Inspired Closets Pittsburgh |
| Installation Services Inc |
| James Hardie Building Products |
| Jennifer Janeway Designs |
| JMS Civil Engineers, LLC |
| JRG Advisors |
| Junk Crusher |
| KU Resources, Inc |
| KU Resources. Inc. |
| KU Resources. Inc.. |
| Land Clearing Specialists, Inc. |
| Larry J. Lint Floor & Wall Covering |
| Lawrence Plumbing LLC |
| Legrand |
| Leviton Manufacturing Inc |
| Liberty Insurance Agency |
| Living Spaces Outdoor Design |
| Lixil |
| Louis Plung & Company |
| Lowes Home Centers |
| Mars Bank |
| Marvin |
| Masco Interiors Inc |
| Masonite |
| McClymonds Supply & Transit Co., Inc. |
| McKean Plumbing & Heating |
| McMurray Cooling & Heating, Inc. |
| Melgen Enterprise |
| Metrie |
| Metro Heating and Cooling |

| |
|---|
| Metropolitan Fire Protection |
| Mike Tarbuck Jr. & Sons Inc. |
| MMC Land Management |
| Moen, Inc. |
| Mont Surfaces |
| Mont Surfaces - Tim |
| Moret Construction Co., Inc. |
| Mr. John |
| MSI Surfaces |
| MULTISCOPE/DOING BETTER BUSINESS |
| My Benefit Advisor |
| My Benefit Advisor  - Mike |
| New Choice Home Décor Inc |
| NIRA Consulting Engineers, Inc. |
| NOFLTR |
| North Suburban Tree Service |
| Nutter's Superior Pressure Washing LLC |
| NW Design Studio |
| O. C. Cluss Lumber Company |
| One of a Kind Design |
| PA Dustless Mobile Blasting |
| Palermo/Kissinger & Associates |
| Paracca Interiors |
| Peacock Keller, LLP |
| Pella Window & Door Company |
| Penstan Supply/Div of Hajoca Corp. |
| Peoples Natural Gas Company LLC |
| Peter Paracca & Sons DBA, Paracca Flooring |
| Pinnacle Sales |
| Pittsburgh Garage |
| Pittsburgh Magazine |
| Pittsburgh Post Gazette |
| PPG Paints |
| Premier Bank |
| Premier Drywall Services |
| Premier Heating and Cooling, LLC |
| Primo Marble and Granite |
| Princeton Financial |
| Principal |
| Progressive Foam Technologies, Inc |
| ProSource Wholesale Flooring & Cabinets |
| PVE, LLC |
| Reed Building Supply |
| Redevelopment Auth of Washington Cty |
| Reimer Inc |
| RE/MAX Real Estate Solutions |
| Restano Plumbing Heating Cooing INC |

| |
|---|
| Rex Glass & Mirror Co. Inc. |
| R. I. Lampus Company |
| R. I. Lampus Company Jeff |
| RiteRug Flooring |
| Robb Real Estate Company |
| Rupp Fiore Insurance Management |
| RYCO, Inc. |
| S & T Bank |
| S & T Bank. |
| SafSecure, LLC |
| Samson Glass & Mirror |
| Sara Hardy Design, LLC |
| Schlage Locks |
| Sebring & Associates |
| Select Commercial Mailboxes |
| Sheffler & Company, Inc. |
| Sherwin-Williams |
| Sims-Lohman |
| Slovenian Savings & Loan Assn |
| Slovik Construction |
| Snavely Forest Products |
| Snavely Forest Products. |
| S.P Floors Design Center |
| SSB -Slovak Savings Bank |
| Standard Air & Lite Corp. |
| Stanford Lumber and Home Center |
| Staar Alert |
| Stone Kitchens by Custom Stone and Tile |
| Suburban Construction Services |
| Suburban Propane |
| Sunrise Cabinetry Sales |
| Swirnow Building Systems |
| T3 Global Strategies |
| Table Magazine |
| T.A. Robinson Asphalt Paving, Inc. |
| Tec-Tile Company |
| The Fireplace & Patio Place/Magnotti & Son, Inc. |
| The Gateway Engineers, Inc |
| The  Reilly Team/Remax Select Realty |
| Thermoflo Equipment |
| The Vinyl Answer, Inc |
| Thomas V. Giel Garage Doors Inc. |
| Thomas V. Giel Garage Doors Inc... |
| Top Notch Services Pgh |
| Touch of Color Flooring |
| Trane Residential Solutions |
| Tremco Barrier Solutions, Inc. |

| |
|---|
| Tresco Paving Corp. |
| Trinity Supply & Installation |
| Trinity Supply & Installation. |
| Trombold Equipment Co, Inc. |
| TruTeam |
| U.S. Bank |
| Vangura Surfacing Products, Inc. |
| Velux |
| Versatex |
| Victor Wetzel Assoc |
| Victor Wetzel Assoc. |
| Victorian Finance, LLC |
| Vigliotti Landscaping & Construction, Inc |
| Vogel Disposal Service, Inc |
| Wall King |
| Warm Timber Saunas & Wine Cellars |
| Washington Financial Bank |
| Washington Financial Bank. |
| WesBanco Bank Inc |
| WesBanco Bank Inc |
| West View Savings Bank |
| White Heating, Inc. |
| Wichman Landscape & Construction LLC |
| Wilke & Associates, LLP |
| Wilson Architecture & Design |
| World Class Clean, LLC |
| YML Group, Inc.  DBA Schooley Mitchell of Pittsburgh |