IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, | ) ) ) ) | |
| Plaintiffs, | ) ) ) | Civil Action No. 2:22-CV-00706-RJC |
| v. | ) ) | |
| CITY OF PITTSBURGH, | ) ) | |
| Defendant. | ) | |

## PROPOSED ORDER

AND NOW, this ___ day of **November 2024,** it is hereby **ORDERED, ADJUGED and DECREED** that upon consideration of the Motion for Leave to File Surreply, said Motion is Granted.

Plaintiff is instructed to file its Surreply within five (5) days from the entry of this Order.

BY THE COURT:

_____ J.