IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN,<br><br>            Plaintiffs,<br><br>   v.<br><br>CITY OF PITTSBURGH,<br><br>            Defendant. | Civil Action No. 2:22-CV-00706-RJC |

## **MOTION TO WITHDRAW AS COUNSEL**

      Pursuant to Local Rule 83.2C, the undersigned, Thomas Silverstein moves to withdraw as counsel for Proposed Defendant Intervenors Lawrenceville United, The Bloomfield Development Corporation, The Polish Hill Civic Association, The Hill District Consensus Group, and The Fair Housing Partnership of Greater Pittsburgh (together, "Intervenors") due to his departure from the Lawyers' Committee for Civil Rights Under Law. Attorneys Kevin Quisenberry of Community Project and Mary M. McKenzie of the Public Interest Law Center continue to represent Proposed Defendant Intervenors.

      WHEREFORE, the undersigned respectfully requests that this Court enter and Order withdrawing his as counsel for Proposed Defendant Intervenors.

Respectfully submitted this 10th day of April, 2025.

                                             */s/ Thomas Silverstein*

                                             Thomas Silverstein (D.C. Bar No. 1552406)

Lawyers' Committee for Civil Rights Under Law
1500 K Street NW, Suite 900
Washington, D.C. 20005
Telephone: (202) 662-8600
Facsimile: (202) 783-0857
Email: tsilverstein@lawyerscommittee.org
