**From:** Fraker, Joseph <joseph.fraker@pittsburghpa.gov>
**Sent:** Friday, May 9, 2025 4:43 PM
**To:** Tom Price <tprice@stradallc.com>; Schaefers, Kurt <kurt.schaefers@pittsburghpa.gov>
**Cc:** Todd Reidbord <treidbord@walcap.com>; Gregg Perelman <gperelman@walcap.com>; Jonathan Kamin <JonathanK@gkgattorneys.com>; Mark Hensler <mhensler@stradallc.com>; Frank Babik/TPJ <frank.babik@pjdick.com>; Kristin Majcher TPJ <kristin.majcher@pjdick.com>; Rakus, Kate <kate.rakus@pittsburghpa.gov>; Thomas Taylor <thomast@hampton-tech.net>; Layman, Corey <corey.layman@pittsburghpa.gov>; Ballein, Alyssa <alyssa.ballein@pittsburghpa.gov>; PLI Permitting Supervisors <PLIPermittingSupervisors@pittsburghpa.gov>; Grbach, Neil <neil.grbach@pittsburghpa.gov>; Reinhold, Rebecca <rebecca.reinhold@pittsburghpa.gov>; Eyasu, Asefash <Asefash.Eyasu@pittsburghpa.gov>; Cork, Dylan <dylan.cork@pittsburghpa.gov>; Hart, James <james.hart@pittsburghpa.gov>; Green, David <david.green@pittsburghpa.gov>
**Subject:** Re: 262 MCKEE PL / BDA-2024-07484 - Status Update

Hi Tom,

Please see other emails regarding addressing. We will add the addressing letter to your ZDR permit when you send to us but it sounds like we can proceed to issue the ROZA without the letter.

Right now we have three conditions of approval that we will add to the ROZA.

> 1. Applicant to provide update to Building Energy Model (originally submitted 4/28/2025) demonstrating compliance with ASHRAE Standard 90.1-2019 Appendix G Building Performance Rating Method.
>
> 2. Prior to building occupancy, applicant to provide final performance-based commissioning report and/or a building energy model reflecting the as-built condition showing International Energy Conservation Code Section C407 Total Building Performance criteria or ASHRAE Standard 90.1-2019 Appendix G Building Performance Rating Method.
>
> 3. A Deed restriction is recorded allowing the City and Eligible Households to enforce the on-site inclusionary standards and related City regulations prior to Certificate of Occupancy.

I'll review with my team but we should be able to issue this early next week.



1

Thanks
Joe


**Joe Fraker**

Senior Planner

City of Pittsburgh, Department of City Planning

joseph.fraker@pittsburghpa.gov

412-495-3308

412 Boulevard of the Allies, Suite 201

pittsburghpa.gov/Business-Development/Planning

he/him


The in-person OneStopPGH Counter is now open at 412 Boulevard of the Allies from 9AM - 3PM, Monday through Friday. Applications can be submitted and documents uploaded onto OneStopPGH. Please email Zoning@pittsburghpa.gov with any questions.

The Zoning Board of Adjustment (ZBA) and Planning Commission are now hybrid meetings. Visit the Commission page for more information, including hearing location. Upcoming hearings and notices are posted here.

---

**From:** Tom Price <tprice@stradallc.com>
**Sent:** Friday, May 9, 2025 4:17 PM
**To:** Schaefers, Kurt <kurt.schaefers@pittsburghpa.gov>; Fraker, Joseph <joseph.fraker@pittsburghpa.gov>
**Cc:** Todd Reidbord <treidbord@walcap.com>; Gregg Perelman <gperelman@walcap.com>; Jonathan Kamin <jonathank@gkgattorneys.com>; Mark Hensler <mhensler@stradallc.com>; Frank Babik/TPJ <frank.babik@pjdick.com>; Kristin Majcher TPJ <kristin.majcher@pjdick.com>; Rakus, Kate <kate.rakus@pittsburghpa.gov>; Thomas Taylor <thomast@hampton-tech.net>; Layman, Corey <corey.layman@pittsburghpa.gov>; Ballein, Alyssa <alyssa.ballein@pittsburghpa.gov>; PLI Permitting Supervisors <PLIPermittingSupervisors@pittsburghpa.gov>; Grbach, Neil <neil.grbach@pittsburghpa.gov>; Reinhold, Rebecca <rebecca.reinhold@pittsburghpa.gov>; Eyasu, Asefash <Asefash.Eyasu@pittsburghpa.gov>; Cork, Dylan <dylan.cork@pittsburghpa.gov>; Hart, James <james.hart@pittsburghpa.gov>; Green, David <david.green@pittsburghpa.gov>
**Subject:** Re: 262 MCKEE PL / BDA-2024-07484 - Status Update

Hi Kurt,

Thank you for your response and detailed input/explanations.

I do not believe we have received the official addressing letter from the City as it was tied to the GIS lot consolidation work.

Mark Hensler will reach out to Becky Reinhold directly about that item.

**Joe Fraker – any update on when we will receive the ROZA.**

Have a good weekend all!

Best,

Tom

--

**Tom Price** AIA
Principal
*he/him*
**Strada** | Design with People in Mind®

611 William Penn Place, Suite 700
Pittsburgh, PA 15219

Main: 412.263.3800
Direct: 412.246.2823
Email: tprice@stradallc.com

Pittsburgh | Philadelphia | Chapel Hill

www.stradallc.com

---

**From:** Schaefers, Kurt <kurt.schaefers@pittsburghpa.gov>
**Date:** Friday, May 9, 2025 at 3:59 PM
**To:** Tom Price <tprice@stradallc.com>
**Cc:** Todd Reidbord <treidbord@walcap.com>, Gregg Perelman <gperelman@walcap.com>, Jonathan Kamin <jonathank@gkgattorneys.com>, Mark Hensler <mhensler@stradallc.com>, Frank Babik/TPJ <frank.babik@pjdick.com>, Kristin Majcher TPJ <kristin.majcher@pjdick.com>, Fraker, Joseph <joseph.fraker@pittsburghpa.gov>, Rakus, Kate <kate.rakus@pittsburghpa.gov>, Thomas Taylor <thomast@hampton-tech.net>, Layman, Corey <corey.layman@pittsburghpa.gov>, Ballein, Alyssa <alyssa.ballein@pittsburghpa.gov>, PLI Permitting Supervisors <PLIPermittingSupervisors@pittsburghpa.gov>, Grbach, Neil <neil.grbach@pittsburghpa.gov>, Reinhold, Rebecca <rebecca.reinhold@pittsburghpa.gov>, Eyasu, Asefash <Asefash.Eyasu@pittsburghpa.gov>, Cork, Dylan <dylan.cork@pittsburghpa.gov>, Hart, James <james.hart@pittsburghpa.gov>, Green, David <david.green@pittsburghpa.gov>
**Subject:** Re: 262 MCKEE PL / BDA-2024-07484 - Status Update

Tom,

Hope all is well. On the PLI end there are 13 outstanding corrective requirements on the report sent March 1st (see attached). As you are aware, Mark and I resolved many of these items via email (see attached — my responses in red) on May 2nd, and the third review was submitted to PLI May 5th. Assuming those items discussed in our email exchange have been addressed on this third submission, most — if not all -- of the items in the report should be resolved.

3

Regarding addressing, this new parcel number (28-F-308) for the consolidated lot exists in PLI's permitting software as it appears to have been re-utilized by the County (i.e., it was previously associated with a specific apartment that is (or will be) demolished). As such, PLI is able to approve and issued both BDA-2024-07848 and SWP-2024-12686 under 28-F-208 without issue of that parcel becoming inactive with the County which ultimately would cause a loss of the primary connection of the permit number to the parcel — losing all GIS data and ability understand this application within our system.

With that said, please provide the City approved addressing letter here. I will have the PLI System Team create the new address in our system — which I believe is 294 McKee Place — and have that identified as the primary address for 28-F-308. This will allow the permit document, Pittsburgh Civic Central to have the correct address and avoid an amendment to update to the new address when the PLI permitting software/system GIS updates with the County.

As for the third review of BDA-2024-07484, the due date is May 27th -- as commercial re-reviews (i.e., all reviews after the initial review) are 15-business days from the date of a completed re-submission via OneStopPGH. With that said, I will make every attempt to get to this review next week.

Lastly, I have included all relevant PLI, Zoning and addressing staff on this email to provide any additional information that may be of assistance.



Thank you,

**Kurt Schaefers, MCP**
**Permitting Supervisor**

4

**Permits, Licenses, & Inspections**

(p) 412-354-7917

(e) kurt.schaefers@pittsburghpa.gov

DPLI Homepage

The OneStopPGH counter at 412 Boulevard of the Allies is now open! The OneStopPGH counter offers in-person services from DCP, DOMI, and PLI staff. Do you prefer online services? Use the OneStopPGH portal. Not sure who you need to talk to? Check out PLI's contacts.

---

**From:** Tom Price <tprice@stradallc.com>
**Sent:** Friday, May 9, 2025 10:14 AM
**To:** Fraker, Joseph <joseph.fraker@pittsburghpa.gov>; Rakus, Kate <kate.rakus@pittsburghpa.gov>; Schaefers, Kurt <kurt.schaefers@pittsburghpa.gov>
**Cc:** Todd Reidbord <treidbord@walcap.com>; Gregg Perelman <gperelman@walcap.com>; Jonathan Kamin <jonathank@gkgattorneys.com>; Mark Hensler <mhensler@stradallc.com>; Frank Babik/TPJ <frank.babik@pjdick.com>; Kristin Majcher TPJ <kristin.majcher@pjdick.com>; Thomas Taylor <thomast@hampton-tech.net>
**Subject:** 262 MCKEE PL / BDA-2024-07484 - Status Update

Good morning.

**Joe, Kate and Kurt** – it is our understanding that conditions around the issuance of this building permit have been satisfied on both the County and City level. If this is inaccurate, please let us know.

Otherwise please advise on the status of the following:

1. Joe – issuance of ROZA with conditions related to the Energy Model
2. Kurt – final approval of building permit and OneStop updates

Thanks,

Tom

--
**Tom Price** AIA
Principal
*he/him*
**Strada** | Design with People in Mind®

611 William Penn Place, Suite 700
Pittsburgh, PA 15219

Main: 412.263.3800
Direct: 412.246.2823

5

Email: tprice@stradallc.com

Pittsburgh | Philadelphia | Chapel Hill

www.stradallc.com

6