

**GOLDBERG, KAMIN & GARVIN, LLP**
ATTORNEYS AT LAW

1806 FRICK BUILDING
437 GRANT STREET
PITTSBURGH, PA 15219
TEL: 412-281-1119
FAX: 412-281-1121

*From the desk of*
JONATHAN M. KAMIN,
ESQUIRE
jonathank@gkgattorneys.com

May 16, 2025

**VIA EMAIL**
Corey Layman, AICP
Chief Zoning Officer and Zoning Administrator
412 Boulevard of the Allies, Suite 201
Pittsburgh, PA 15219

In re:   Commitment Letter Regarding DCP-ZDR 2024-02267 From Walnut Capital-McKee, L.P., a Pennsylvania limited partnership ("WCM") for property located at 294 McKee Place, Pittsburgh, Pennsylvania 15213 (Block and Lot No. 28-F-208)

Dear Corey:

      This office represents Walnut Capital–McKee, L.P., a Pennsylvania limited partnership ("WCM"). WCM is constructing a 160 unit multi-unit residential project known as the "Caroline" in the 4th Ward of the City of Pittsburgh at 294 McKee Place, Pittsburgh, Pennsylvania 15213 (the "Project"). The property is zoned R-MU.

      The purpose of this letter to provide you with the requested additional detail and confirmation about how WCM plans to comply with the On-Site Inclusionary Zoning Standards as set forth in Section 907.04.A.6(e) through (j) of the City of Pittsburgh Zoning Code (the "Inclusionary Ordinance"). Initially, I would note that WCM is aware that there are multiple zoning ordinances pending before City Council regarding the Inclusionary Ordinance, inclusionary zoning, as well as a Federal Challenge to the legality of the same that is pending in the United States District Court for the Western District of Pennsylvania at Docket No. 2:22-CV-706: Builder's Association of Metropolitan Pittsburgh v. City of Pittsburgh (the "Bamp Case"). The commitments contained herein are premised upon the understanding that the Inclusionary Ordinance will continue to remain as valid, enforceable, and as the applicable law of the City of Pittsburgh. To the extent that the Inclusionary Ordinance is repealed, altered, declared invalid, or unenforceable by the Bamp Case or other legal proceedings, then the commitments contained herein shall not be binding upon the Project.

In accordance with the terms of the Inclusionary Ordinance, WCM agrees to the following:

1. <u>Number of Units</u>. As WCM is proposing to construct 159 Units, WCM agrees that a total of 16 Units will be "Inclusionary Units"(sometimes referred to as "IZ Units") in accordance with the terms of the Inclusionary Ordinance. Section 907.04.A.6(e);

2. <u>Units to Remain Affordable</u>. I have attached to this letter a copy of the proposed Restrictive Covenant which WCM will record prior to the issuance of a Certificate of Occupancy for the Project. This Restrictive Covenant is in compliance with the Inclusionary Ordinance. Section 907.04.A.6(f);

3. <u>Units to be Integrated with the Building</u>. There will not be specific units which will be earmarked as "affordable" within the Project. Rather, WCM will adjust the location of the IZ Units within the Project in order to align with market demands and to avoid prolonged vacancies. IZ Units will be integrated throughout the Project. Section 907.04.A.6(g)

4. <u>Units to be Equivalent</u>. In accordance with WCM's statement in Paragraph 3 hereof, as the IZ Units will be spread throughout the Project, and not specifically designated, they will comport with the requirements of Section 907.04.A.6(h).

5. <u>Access to Amenities</u>. All units, including IZ Units, will have equal access to resident amenity areas including co-working spaces, gym, and the pool. Charges for these amenities will be levied in accordance with the IZ Ordinance. Section 907.04.A.6(i).

6. <u>IZ Units To Match Unit Types</u>. The mix of IZ Units will be consistent with the mix of Units that are located within the Project and shall be in accordance with Section 907.04.A.6.(j).

Please consider this letter to be part of the zoning file on this Project. If you have any questions, please do not hesitate to contact me.

Very truly yours,

JONATHAN M. KAMIN

JMK:djh
Enc.
cc: Todd E. Reidbord (via Email)
Gregg M. Perelman (via Email)
Joseph Fraker (via Email)
Tom Price (via Email)

**Mail To:**
Jonathan M. Kamin, Esquire
Goldberg, Kamin & Garvin, LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6101
(412)281-1119

# RESTRICTIVE COVENANT AGREEMENT

THIS RESTRICTIVE COVENANT AGREEMENT, (this "Agreement") is made as of this _____ day of _____ 202___, by WALNUT CAPITAL - MCKEE, L.P., a Pennsylvania limited partnership, who has a business address 5500 Walnut Street, Suite 200, Pittsburgh, Pennsylvania 15232 (hereinafter referred to as "WCM").

WITNESSETH:

WHEREAS, by virtue of the Deed dated January 25, 2025 and recorded on February 3, 2025 in the Allegheny County Department of Real Estate in Deed Book Volume 19939, Page 001 WCM is the fee simple owner of all that certain property located in the 4th Ward of the City of Pittsburgh, County of Allegheny, and Commonwealth of Pennsylvania being known and designated as Lot 1 in the Upper McKee Plan A Lot Consolidation Plan recorded on December 20, 2024, in the Allegheny Department of Real Estate in Plan Book Volume 324, Page 92 (referred to herein as the "Property"). The Parcel is also known in the Allegheny County Office of Deed Registry as Block and Lot No. 28-F-308; and

WHEREAS, in consideration of certain municipal approvals, WCM has agreed to subject the Property to certain covenants, restrictions, and limitations more particularly described herein.

NOW, THEREFORE, with the foregoing recitals incorporated herein by this reference, in consideration of the sum of One Dollar ($1.00) and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, WCM hereby covenants and agrees as follows:

1. Covenant/Restriction/Limitation. WCM does hereby covenant, promise, and agree that commencing as of date of the issuance of the Certificate of Occupancy for the building to be constructed on the Property known as 294 McKee Place, Pittsburgh, Pennsylvania 15213, the Property shall be subject to compliance with Section 907.04 of the City of Pittsburgh Code of Ordinances, Pittsburgh Zoning Code, Title Nine, as in effect as of the date hereof to the extent the same is applicable.

2. Covenants Running with the Land. The covenants, limitations and restrictions hereby imposed shall be covenants and restrictions running with the land and shall be binding upon WCM in accordance with the applicability of Section 907.04 of the City of Pittsburgh Code of Ordinances, Pittsburgh Zoning Code, Title Nine. Upon the earlier of the expiration of the time

periods set forth in Section 907.04 of the City of Pittsburgh Code of Ordinances, Pittsburgh Zoning Code, Title Nine, or the repeal, termination, or invalidity of Section 907.04, the covenants, limitations, and restrictions herein shall be deemed legally null and void and of no further force or effect.

3. <u>Entire Agreement</u>.  This Agreement supersedes all agreements previously made between the parties relating to its subject matter and expresses the entire agreement of the parties. All prior understandings and agreements, whether oral or written, are hereby merged into this Agreement. This Agreement may only be modified by an instrument signed by all the parties hereto.

4. <u>Headings</u>.  The headings in this Agreement are for convenience only and shall not be used to interpret or construe its provisions.

5. <u>Governing Laws</u>.  This Agreement shall be construed in accordance with by the internal laws of the Commonwealth of Pennsylvania, without regard to principals of the conflicts of laws thereof.

6. <u>Recordation</u>. WCM shall record this Agreement in the Department of Real Estate of Allegheny County, Pennsylvania prior to the issuance of a Certificate of Occupancy for the building to be located on the Property. WCM shall pay all recording costs necessary to record this Agreement in the public records.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, the Parties have hereunto caused this Agreement to be executed as of the day and year first written above.

**WITNESS:**                           WALNUT CAPITAL - MCKEE, L.P.,
                                       a Pennsylvania limited partnership

                                       By:   Walnut Capital-McKee Management, Inc.,
                                             a Pennsylvania corporation
                                       Its:  General Partner

_____    By: _____
                                       Name:  Todd E. Reidbord
                                       Title:   President / Authorized Signatory

## ACKNOWLEDGMENT

COMMONWEALTH OF PENNSYLVANIA          :
                                      : SS:
COUNTY OF ALLEGHENY                   :

On this _____ day of _____, 2025, before me, a Notary Public, the undersigned officer, personally appeared Todd E. Reidbord who acknowleged himself to be the President / Authorized Signatory of Walnut Capital-McKee Management, Inc., a Pennsylvania corporation, which is the General Partner of Walnut Capital – McKee, L.P., a Pennsylvania limited partnership, who stated that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.

                                       _____
                                       Notary Public

My Commission Expires:

**CERTIFICATE OF RESIDENCE**

I do hereby certify that the **Tax Billing Address** of the within named grantee/s is

I do hereby certify that the **Owner Mailing Address** of the within names grantee/s is

_____
Name or Mortgage Company

_____
Name

_____
Address

_____
Address

_____
City, State and Zip Code

_____
City, State and Zip Code