**Mail To:**
Jonathan M. Kamin, Esquire
Goldberg, Kamin & Garvin, LLP
1806 Frick Building
437 Grant Street
Pittsburgh, PA 15219-6101
(412)281-1119

# RESTRICTIVE COVENANT AGREEMENT

THIS RESTRICTIVE COVENANT AGREEMENT, (this "Agreement") is made as of this _____ day of _____ 202___, by WALNUT CAPITAL - MCKEE, L.P., a Pennsylvania limited partnership, who has a business address 5500 Walnut Street, Suite 200, Pittsburgh, Pennsylvania 15232 (hereinafter referred to as "WCM").

WITNESSETH:

WHEREAS, by virtue of the Deed dated January 25, 2025 and recorded on February 3, 2025 in the Allegheny County Department of Real Estate in Deed Book Volume 19939, Page 001 WCM is the fee simple owner of all that certain property located in the 4th Ward of the City of Pittsburgh, County of Allegheny, and Commonwealth of Pennsylvania being known and designated as Lot 1 in the Upper McKee Plan A Lot Consolidation Plan recorded on December 20, 2024, in the Allegheny Department of Real Estate in Plan Book Volume 324, Page 92 (referred to herein as the "Property"). The Parcel is also known in the Allegheny County Office of Deed Registry as Block and Lot No. 28-F-308; and

WHEREAS, in consideration of certain municipal approvals, WCM has agreed to subject the Property to certain covenants, restrictions, and limitations more particularly described herein.

NOW, THEREFORE, with the foregoing recitals incorporated herein by this reference, in consideration of the sum of One Dollar ($1.00) and other valuable consideration, the receipt and sufficiency of which are hereby acknowledged, and intending to be legally bound hereby, WCM hereby covenants and agrees as follows:

1. Covenant/Restriction/Limitation. WCM does hereby covenant, promise, and agree that commencing as of date of the issuance of the Certificate of Occupancy for the building to be constructed on the Property known as 294 McKee Place, Pittsburgh, Pennsylvania 15213, the Property shall be subject to compliance with Section 907.04 of the City of Pittsburgh Code of Ordinances, Pittsburgh Zoning Code, Title Nine, as in effect as of the date hereof to the extent the same is applicable.

2. Covenants Running with the Land. The covenants, limitations and restrictions hereby imposed shall be covenants and restrictions running with the land and shall be binding upon WCM in accordance with the applicability of Section 907.04 of the City of Pittsburgh Code of Ordinances, Pittsburgh Zoning Code, Title Nine. Upon the earlier of the expiration of the time

periods set forth in Section 907.04 of the City of Pittsburgh Code of Ordinances, Pittsburgh Zoning Code, Title Nine, or the repeal, termination, or invalidity of Section 907.04, the covenants, limitations, and restrictions herein shall be deemed legally null and void and of no further force or effect.

       3. <u>Entire Agreement</u>.  This Agreement supersedes all agreements previously made between the parties relating to its subject matter and expresses the entire agreement of the parties. All prior understandings and agreements, whether oral or written, are hereby merged into this Agreement. This Agreement may only be modified by an instrument signed by all the parties hereto.

       4. <u>Headings</u>.  The headings in this Agreement are for convenience only and shall not be used to interpret or construe its provisions.

       5. <u>Governing Laws</u>.  This Agreement shall be construed in accordance with by the internal laws of the Commonwealth of Pennsylvania, without regard to principals of the conflicts of laws thereof.

       6. <u>Recordation</u>. WCM shall record this Agreement in the Department of Real Estate of Allegheny County, Pennsylvania prior to the issuance of a Certificate of Occupancy for the building to be located on the Property. WCM shall pay all recording costs necessary to record this Agreement in the public records.

[SIGNATURE PAGE TO FOLLOW]

IN WITNESS WHEREOF, the Parties have hereunto caused this Agreement to be executed as of the day and year first written above.

**WITNESS:**                                   WALNUT CAPITAL - MCKEE, L.P.,
                                               a Pennsylvania limited partnership

                                               By:   Walnut Capital-McKee Management, Inc.,
                                                     a Pennsylvania corporation
                                               Its:  General Partner


_____          By: _____
                                               Name:  Todd E. Reidbord
                                               Title:   President / Authorized Signatory


## ACKNOWLEDGMENT

COMMONWEALTH OF PENNSYLVANIA         :
                                     : SS:
COUNTY OF ALLEGHENY                  :


On this _____ day of _____, 2025, before me, a Notary Public, the undersigned officer, personally appeared Todd E. Reidbord who acknowleged himself to be the President / Authorized Signatory of Walnut Capital-McKee Management, Inc., a Pennsylvania corporation, which is the General Partner of Walnut Capital – McKee, L.P., a Pennsylvania limited partnership, who stated that he, being authorized to do so, executed the foregoing instrument for the purposes therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.


                                               _____
                                               Notary Public
My Commission Expires:

## **CERTIFICATE OF RESIDENCE**

I do hereby certify that the **Tax Billing Address** of the within named grantee/s is

_____
Name or Mortgage Company

_____
Address

_____
City, State and Zip Code

I do hereby certify that the **Owner Mailing Address** of the within names grantee/s is

_____
Name

_____
Address

_____
City, State and Zip Code