# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN,<br><br>    *Plaintiffs*,<br><br>    v.<br><br>CITY OF PITTSBURGH,<br><br>    *Defendant*. | Civil Action No. 2:22-cv-00706-RJC<br><br>Judge: Robert J. Colville |

## MOTION FOR ADMISSION *PRO HAC VICE* OF MEGHAN BINFORD

Meghan Binford, undersigned counsel for Proposed *Amici Curiae* the Oakland Planning and Development Corporation, Lawrenceville United, the Bloomfield Development Corporation, the Polish Hill Civic Association, the Hill District Consensus Group, and the Fair Housing Partnership of Greater Pittsburgh, hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for the aforementioned Proposed *Amici Curiae* pursuant to Local Civil Rules of Court 83.2 and 83.3, and this Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches her Affidavit for Admission *Pro Hac Vice* filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: August 15, 2025

                                                  Respectfully Submitted,

                                                  By: /s/ Meghan Binford
                                                  Meghan Binford (PA 321212)
                                                  Public Interest Law Center

1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: 215-627-7100
Fascimile: 215-627-3183
Email: mbinford@pubintlaw.org

*Counsel for Proposed Amici Curiae*

# CERTIFICATE OF SERVICE

I, Meghan Binford, hereby certify that on the 15th of August, 2025, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

/s/ *Meghan Binford*
Meghan Binford