UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>CITY OF PITTSBURGH,<br><br>   *Defendant*. | Civil Action No. 2:22-cv-00706-RJC<br><br>Judge: Robert J. Colville |

**AFFIDAVIT OF MEGHAN BINFORD IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

  I, Meghan Binford, make this Affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Proposed *Amici Curiae* the Oakland Planning and Development Corporation, Lawrenceville United, the Bloomfield Development Corporation, the Polish Hill Civic Association, the Hill District Consensus Group, and the Fair Housing Partnership of Greater Pittsburgh pursuant to Local Civil Rules of Court 83.2 and 83.3, and the Court's Standing Order Regarding *Pro Hac Vice* Admissions dated May 31, 2006 (Misc. No. 06-151).

  I, Meghan Binford, hereby declare as follows:

  1. I am a staff attorney with the law firm the Public Interest Law Center.

  2. My business address is the Public Interest Law Center, 1500 John F. Kennedy Blvd., Suite 802, Philadelphia, PA 19102.

  3. I am a member in good standing of the Pennsylvania State Bar. My bar identification number is 321212.

4. A certificate of good standing from the Pennsylvania State Bar is attached to this Affidavit as Exhibit A.

5. I have not been the subject of any disciplinary proceedings concerning the practice of law.

6. I attest that I am a registered user of CM/ECF in the United States District Court for the Western District of Pennsylvania.

7. I attest that I have read, know, and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

*8.* Based upon the foregoing, I respectfully request that I be granted *pro hac vice* admission in this matter.

I hereby declare under penalty of perjury that the foregoing statements made by me are true and correct to the best of my knowledge. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: August 15, 2025    Respectfully Submitted,

By:__/s/ Meghan Binford____
Meghan Binford (PA 321212)
Public Interest Law Center
1500 JFK Blvd., Suite 802
Philadelphia, PA 19102
Telephone: 215-627-7100
Fascimile: 215-627-3183
Email: mbinford@pubintlaw.org

*Counsel for Proposed Amici Curiae*

# EXHIBIT A



## Supreme Court of Pennsylvania

### CERTIFICATE OF GOOD STANDING

**Meghan Binford, Esq.**

DATE OF ADMISSION

**October 20, 2015**

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: June 5, 2025

*Nicole Traini*
Nicole Traini
Chief Clerk