UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, *Plaintiffs*, v. CITY OF PITTSBURGH, *Defendant*. | Civil Action No. 2:22-cv-00706-RJC<br><br>Judge: Robert J. Colville |

**MOTION OF THE OAKLAND PLANNING AND DEVELOPMENT CORPORATION, LAWRENCEVILLE UNITED, THE BLOOMFIELD DEVELOPMENT CORPORATION, THE POLISH HILL CIVIC ASSOCIATION, THE HILL DISTRICT CONSENSUS GROUP, AND THE FAIR HOUSING PARTNERSHIP OF GREATER PITTSBURGH FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE***

The Oakland Planning and Development Corporation, Lawrenceville United, the Bloomfield Development Corporation, the Polish Hill Civic Association, the Hill District Consensus Group, and the Fair Housing Partnership of Greater Pittsburgh (together, "Proposed *Amici*") respectfully move to for leave to participate as *amicus curiae* and file an *amicus* brief in the above captioned case. In support of their motion, they attach a proposed *amici curiae* brief, a memorandum of law, and a proposed order.

Generally, a court has broad discretion regarding whether to accept amicus briefs. *Abu-Jamal v. Price*, No. CIV. A. 95-618, 1995 WL 722518, at *1 (W.D. Pa. Aug. 25, 1995). District Courts consider whether the petitioner has a special interest in the case; whether the petitioner's interest is not represented competently or at all in the case; whether the proffered information is timely and useful; and whether the petitioner is partial to a particular outcome in the case.

*McVicker v. King*, No. 02: 09-CV-00436, 2009 WL 10674503, at *1 (W.D. Pa. Apr. 30, 2009) (citing *Liberty Resources, Inc. v. Phila. Hous. Auth.*, 395 F.Supp.2d 206, 209 (E.D. Pa. 2005)). "[T]he Third Circuit has noted that 'permitting persons to appear . . . as friends of the court . . . may be advisable where third parties can contribute to the court's understanding' of the matter in question." *Id*. (quoting *Harris v. Pernsley,* 820 F.2d 592, 603 (3d Cir. 1987).

As set forth at length in their proposed brief, Proposed *Amici* have significant expertise and a special interest in the issues presented by Plaintiffs' challenge to the Inclusionary Zoning Ordinance ("IZO") in this case, and it is vital to the public interest that this Court be fully informed of the relevant legal framework for and societal implications of Plaintiff's preliminary injunction motion. Proposed *Amici* represent members and communities who stand to benefit from the inclusive mixed-income neighborhoods the IZO is intended to create.

While Proposed *Amici* are not impartial to the outcome of Plaintiff's motion, as they have special interests in the correct resolution of the issues presented, they take no position on whether the facts, as alleged by Plaintiffs, are true. *See Abu-Jamal v. Price,* Civ. A. No. 95-618, 1995 WL 722518, at *2 (W.D. Pa. 1995). Rather, *Amici* seek to highlight the public interest, constitutional, and statutory issues for the Court and, sharing their expertise, present a useful framework for analysis to ensure that their interests, and those of other interested stakeholders and the public, are fully and adequately represented and considered by the Court.

In its April 3, 2023 Opinion in this case, this Court noted in denying intervention that it would welcome, and Plaintiffs would not object to, Proposed *Amici's* ongoing input and involvement in this case in the form of *amicus curiae* briefing. *See* ECF No. 54 at 27 n. 2. Further, Defendants, the City of Pittsburgh, have consented to the granting of this motion while Plaintiffs did not respond to Proposed *Amici*'s attempt to confer prior to the deadline for filing this motion.

WHEREFORE, the proposed *Amici* respectfully request that the Court grant their motion to participate as *amici* and docket the proposed *amicus* brief attached hereto as Exhibit A.

Date:   August 15, 2025                           Respectfully submitted,

*/s/ Meghan Binford*

Mary M. McKenzie* (PA No. 47434)
Meghan Binford* (PA No. 321212)
Olivia Mania** (PA No. 336161)
PUBLIC INTEREST LAW CENTER
1500 JFK Blvd., Suite 802
Philadelphia PA 19102
Tel: (215) 627-7100
Fax: (215) 627-3183
mmckenzie@pubintlaw.org
mbinford@pubintlaw.org
omania@pubintlaw.org

Kevin Quisenberry (PA No. 90499)
COMMUNITY JUSTICE PROJECT
100 Fifth Avenue, Suite 900
Pittsburgh, PA 15222
Tel: (412) 434-6002
kquisenberry@cjplaw.org

Brook Hill** (D.C. Bar No. 1044120)
Kelechi Agbakwuru** (D. C. Bar No. 1619056)
LAWYERS' COMMITTEE FOR CIVIL RIGHTS UNDER LAW
1500 K Street NW, Suite 900
Washington, DC 20005
Tel: (202) 662-8307
Fax: (202) 783-0857
bhill@lawyerscommittee.org
kagbakwuru@lawyerscommittee.org

* *Pro hac vice* pending
** *Pro hac forthcoming*

*Counsel for Proposed Amici Curiae*

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN,<br><br>*Plaintiffs*,<br><br>v.<br><br>CITY OF PITTSBURGH,<br><br>*Defendant*. | Civil Action No. 2:22-cv-00706-RJC<br><br>Judge: Robert J. Colville |

## [PROPOSED] ORDER

AND NOW, this _____ day of_____ 2025, upon consideration of the Motion for Leave to Participate as *Amici Curiae* by Oakland Planning and Development Corporation, Lawrenceville United, The Bloomfield Development Corporation, The Polish Hill Civic Association, The Hill District Consensus Group, and The Fair Housing Partnership of Greater Pittsburgh (together, "*Amici*"), and any opposition thereto, it is hereby ORDERED that the Motion is GRANTED. The Clerk of Court shall DOCKET Exhibit A to the Motion, *Amici's* Brief.

BY THE COURT:

_____
Hon. Robert J. Colville
United States District Judge

## CERTIFICATE OF SERVICE

      I, Meghan Binford, hereby certify that on this date, I caused the foregoing document to be filed electronically with this Court, where it is available for viewing and downloading from the Court's ECF system by the Court and all parties.

Date: August 15, 2025                                                                           */s/ Meghan Binford*
                                                                                                                 Meghan Binford