**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, | ) ) ) | No. 2:22-cv-706-RJC |
| | ) | |
| Plaintiffs, | ) | Judge Robert J. Colville |
| | ) | |
| v. | ) | |
| | ) | |
| CITY OF PITTSBURGH, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER OF COURT**

AND NOW, this 29th day of September, 2025, it is hereby ORDERED that Defendant's Motion for Oral Argument (ECF No. 117) is GRANTED. The Court will hold Oral Argument on Defendant's Motion to Dismiss (ECF No. 105) and Plaintiffs' Motion for Preliminary Injunction (ECF No. 120) on **October 27, 2025 at 11:00 a.m.** before Robert J. Colville in Courtroom 8C.

The Court is particularly interested in the following topics:

- The standard to be applied by the Court when analyzing standing, and specifically for determining whether a plaintiff has suffered an injury-in-fact in an as-applied versus a facial challenge. *See Knick v. Township of Scott*, 862 F.3d 310, 319–322 (3d Cir. 2017), vacated in part, 932 F.3d 152 (3d Cir. 2019); *Dolls, Inc. v. City of Coralville, Iowa*, 425 F. Supp. 2d 958, 978 (S.D. Iowa 2006); *Carson Harbor Village Ltd. v. City of Carson*, 37 F.3d 468, 476 (9th Cir. 1994,) overruled on other grounds, *WMX Technologies, Inc. v. Miller*, 104 F.3d 1133 (9th Cir. 1997).

- The standard for determining whether a subsidiary/affiliate of a member is a member of the association for purposes of standing. *See Am. Legal Found. v. F.C.C.*, 808 F.2d 84 (D.C. Cir. 1987); *Securities Industry and Financial Markets*

1

*Ass'n v. United States Commodity Future Trading Commission*, 67 F. Supp. 3d 373 (D. D.C. 2014).

- The Court's authority to issue universal injunctions in light of the Supreme Court's holding in *Trump v. CASA, Inc.*, 606 U.S. 831 (2025).

The parties shall meet and confer and discuss the timeline for the Court's scheduling of oral argument in this matter. Should the parties believe that additional time is necessary to prepare, they shall so inform the Court.

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record