AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Western District of Pennsylvania

| | | |
|---|---|---|
| BUILDERS ASSOCIATION OF PITTSBURGH | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:22-cv-706 |
| CITY OF PITTSBURGH, ET AL., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, City of Pittsburgh .

Date:    09/29/2025

s/Amelia J. Goodrich, Assistant City Solicitor
*Attorney's signature*

Amelia J. Goodrich, PA. ID No. 327192
*Printed name and bar number*

City of Pittsburgh, Department of Law
313 City-County Building
414 Grant Street
Pittsburgh, PA  15219
*Address*

Amelia.Goodrich@pittsburghpa.gov
*E-mail address*

(412) 255-2025
*Telephone number*

(412) 255-2285
*FAX number*