IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, | ) ) ) ) No. 2:22-cv-706-RJC |
| Plaintiffs, | ) ) Judge Robert J. Colville ) |
| vs. | ) ) |
| CITY OF PITTSBURGH, | ) ) |
| Defendant. | ) ) |

**HEARING MEMO/MINUTE ENTRY**

**Hearing Date:** October 27, 2025
**Time:**  11:00 a.m. – 1:20 p.m.
**Type of Conference:** Motion Hearing
**Reporter:** Veronica Trettel
**Deputy Clerk/Law Clerk:** Shannon Armstrong (Shannon_Armstrong@pawd.uscourts.gov)

| **Counsel for Plaintiffs** | **Counsel for Defendant** |
|---|---|
| Jonathan Kamin and Richard Cromer | Joseph Carroll and Chad Michaelson |

**Orders, Remarks, Instructions**

- The Court held oral argument on Defendant's Motion to Dismiss (ECF No. 105) and Plaintiffs' Motion for Preliminary Injunction (ECF No. 120). The Court ordered that the transcript be produced and that costs be split between the parties.