IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF PITTSBURGH, <br><br> Defendant. | No. 2:22-cv-706-RJC <br><br> Judge Robert J. Colville |

## ORDER OF COURT

AND NOW, this 10th day of November, 2025, upon consideration of Defendant, City of Pittsburgh's, Motion to Dismiss (ECF No. 105) and Plaintiffs, Builders Association of Metropolitan Pittsburgh and S. Rand Werrin's, Motion for a Temporary Restraining Order and Preliminary Injunction (ECF No. 120), and for the reasons set forth in this Court's Opinion of the same date, it is hereby ORDERED that:

1. The City's Motion to Dismiss, as to the federal claims, is granted, with prejudice, as to this action, and without prejudice, as to Plaintiffs pursuing a new action should they later be able to establish jurisdiction and should said new lawsuit be otherwise warranted. The Court declines to exercise supplemental jurisdiction over the state law claims in the Amended Complaint.

2. Plaintiffs' Motion for a Temporary Restraining Order and Preliminary Injunction is denied.

3. The Clerk of Court shall mark this case as closed.

1

BY THE COURT:

*/s/Robert J. Colville*
Robert J. Colville
United States District Judge

cc: All counsel of record