Defendant City of Pittsburgh's Bill of Costs Calculation Sheet
*Builders Association of Metropolitan Pittsburgh v. City of Pittsburgh,* 2:22-cv-706

| Exhibit | Transcript/Service | Cost | Uses |
|---|---|---|---|
| A | BAMP 30(b)(6) Rep. [James Eichenlaub] Deposition and Transcript | $ 249.58 (1/2 of transcript costs for James Eichenlaub & S. Rand Werrin depositions) $ 25.00 (1/2 of appearance fee for James Eichenlaub & S. Rand Werrin depositions) | - Defendant's Brief in Support of Motion to Dismiss (ECF No. 106, pp. 2, 4, 11, 17)<br>- Defendant's Motion to Dismiss, Appendix Exhibit A (ECF No. 107-1)<br>- Defendant's Reply to Plaintiff's Brief in Opposition to Motion to Dismiss (ECF No. 113, pp. 10-11) |
| A | S. Rand Werrin Deposition and Transcript | $ 249.57 (1/2 of transcript costs for James Eichenlaub & S. Rand Werrin depositions) $ 25.00 (1/2 of appearance fee for James Eichenlaub & S. Rand Werrin depositions) | - Defendant's Brief in Support of Motion to Dismiss (ECF No. 106, pp. 2, 5, 11-13)<br>- Defendant's Motion to Dismiss, Appendix Exhibit B (ECF No. 107-2) Defendant's Reply to Plaintiff's Brief in Opposition to Motion to Dismiss (ECF No. 113, pp. 8, 10) |
|  | **Total** | **$ 549.15 (Paid 7/3/24 by check No. PN 198954)** |  |