

LaGamba Reporting Services
302 Maxwell Street
Pittsburgh, PA 15205
Phone: (412) 458-0439
www.lagambareporting.com

# INVOICE

City of Pittsburgh Department of Law
ATTN: Hillary M. Weaver, Esquire
Room 313 City-County Building
414 Grant Street
Pittsburgh, PA  15219

**Invoice Number:** 208151
Invoice Date: 06/06/2024
Job Number: 110283

In Re:  Builders Association of Metropolitan Pittsburgh et al v. City of Pittsburgh
Witness(s): Plaintiff Builders Association of Metropolitan Pittsburgh ("BAMP"), James Eichenlaub 9a & S. Rand Werrin, 2p
Attendance Date: 05/29/2024, 9:00 a.m.
Reporter: Michelle L. Hall, Other: JnM Reporting

| Qty | Description | Amount |
|---|---|---|
| 1 | Attendance Fee-Full Day | 50.00 |
| 149 | Original civil/medical (ELECTRONIC DELIVERY ONLY) (Eichenlaub 30b6, 95; Werrin 54) | 499.15 |
| | Invoice Total: | 549.15 |

We Appreciate Your Business!

Tax ID: 20-8683445
PAYMENT DUE UPON RECEIPT

*Please detach bottom portion and return with payment*

---

| | |
|---|---|
| Invoice Number: 208151 | Cardholder`s Name: |
| Invoice Date: 06/06/2024 | Card Number: |
| Amount Due: **$549.15** | Exp. Date:          Phone: |
| Amount Enclosed: $_____ | Billing Address: |
| **CREDIT CARDS ACCEPTED** | Zip:          Security Code: |
|    | Signature: |

**Exhibit A**