

LaGamba Reporting Services
302 Maxwell Street
Pittsburgh, PA 15205
Phone: (412) 458-0439
www.lagambareporting.com

# INVOICE

City of Pittsburgh Department of Law
ATTN: Hillary M. Weaver, Esquire
Room 313 City-County Building
414 Grant Street
Pittsburgh, PA  15219

| | |
|---|---|
| Invoice Number: | 208151 |
| Invoice Date: | 06/06/2024 |
| Job Number: | 110283 |

In Re: Builders Association of Metropolitan Pittsburgh et al v. City of Pittsburgh
Plaintiff Builders Association of Metropolitan Pittsburgh ("BAMP"), James Eichenlaub 9a & S. Rand Werrin, 2p
Counsel For:
Attendance Date: 05/29/2024, 9:00 a.m.
Reporter: Michelle L. Hall, Other: JnM Reporting

| Qty | Description | Amount |
|---|---|---|
| 1 | Attendance Fee-Full Day | 50.00 |
| 149 | Original civil/medical (ELECTRONIC DELIVERY ONLY) (Eichenlaub 30b6, 95; Werrin 54) | 499.15 |
| | Invoice Total: | 549.15 |
| | Payments: | 549.15 |
| | Total Amount Due: | 0.00 |

Payment Information
07/13/2024 - Check: $549.15 : ck

We Appreciate Your Business!

Tax ID: 20-8683445
PAYMENT DUE UPON RECEIPT
*Please detach bottom portion and return with payment*

| | |
|---|---|
| Invoice Number: | 208151 |
| Invoice Date: | 06/06/2024 |
| Amount Due: | $0.00 |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

  

Cardholder`s Name: _____
Card Number: _____
Exp. Date: _____  Phone: _____
Billing Address: _____
Zip: _____  Security Code: _____
Signature: _____

**Exhibit A**