

LaGamba Reporting Services
302 Maxwell Street
Pittsburgh, PA 15205
Phone: (412) 458-0439
www.lagambareporting.com

# INVOICE

Meyer Unkovic Scott
ATTN: Joseph A. Carroll, Esquire
Henry W. Oliver Building
535 Smithfield Street, Suite 1300
Pittsburgh, PA  15222

| | |
|---|---|
| Invoice Number: | 208267 |
| Invoice Date: | 06/20/2024 |
| Job Number: | 110447 |

In Re:    Builders Association of Metropolitan Pittsburgh et al v. City of Pittsburgh
           Robert (Bob) Kelly
           Counsel For:
           Attendance Date: 06/18/2024, 1:30 p.m.
           Reporter: Michelle L. Hall, Other: JnM Reporting

| Qty | Description | Amount |
|---|---|---|
| 1 | Attendance Fee-Half day | 25.00 |
| 66 | Original civil/medical (ELECTRONIC DELIVERY ONLY) | 221.10 |
| | Invoice Total: | 246.10 |
| | Payments: | 246.10 |
| | Total Amount Due: | 0.00 |

Payment Information
07/08/2024 - Check: $246.10 : ck

We Appreciate Your Business!

Tax ID: 20-8683445
PAYMENT DUE UPON RECEIPT
*Please detach bottom portion and return with payment*

---

| | |
|---|---|
| Invoice Number: | 208267 |
| Invoice Date: | 06/20/2024 |
| Amount Due: | **$0.00** |
| Amount Enclosed: | $_____ |

**CREDIT CARDS ACCEPTED**

 

Cardholder`s Name: _____
Card Number: _____
Exp. Date: ____     Phone: ____
Billing Address: _____
Zip: ____     Security Code: ____
Signature: _____

**Exhibit B**