IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BUILDERS ASSOCIATION OF METROPOLITAN PITTSBURGH and S. RAND WERRIN, <br> Plaintiffs, <br> v. <br> CITY OF PITTSBURGH, <br> Defendant. | ) ) ) ) ) ) Case No. 2:22-cv-0706 ) ) ) ) ) ) ) |

## TAXATION OF COSTS

The Court entered a memorandum opinion and order on November 10, 2025, dismissing all federal claims of Plaintiffs Builders Association of Metropolitan Pittsburgh and S. Rand Werrin, with prejudice, and directing the Clerk of Court to mark the instant case closed. (ECF #148). Defendant filed a Bill of Costs on November 25, 2025, requesting that costs be taxed against Plaintiffs in the amount of $795.25 (ECF #150). Plaintiffs have filed no objections to the Bill of Costs and the Bill is ripe for determination by the Clerk of Court. Guidelines Governing the Taxation of Costs by the Clerk of Court (the "Guidelines"), at §II.C.2.b.

Costs will be taxed in the requested amount of **$795.25** for the reasons set forth herein.

After considering the Bill of Costs and reviewing the record, the Clerk makes the following findings:

1. Defendant is the prevailing party as all federal claims were dismissed with prejudice and the instant case was closed at the Court's direction. Defendant is thus entitled to costs.

2. Plaintiffs' failure to object to the Bill of Costs is deemed consent but is not dispositive. Guidelines, at §II.A. at p. 2. The Clerk must conduct an independent review of the Bill of Costs and deny any requested costs that are not allowable under federal statute, rule, or caselaw. Id.

3. Because the same counsel represented both Builders Association of Metropolitan Pittsburgh and S. Rand Werrin and because no explanation to the contrary has been provided to the Clerk, Plaintiffs will be treated as a single party for purposes of taxation. Any costs awarded shall be taxed against both Plaintiffs, jointly and severally. Guidelines, at §II.B.4.

4. Defendant requests that fees for **Transcripts** be taxed in the total amount of **$795.25** (ECF #150 at 1).

   a. Defendant has established, by citation to briefing on the dispositive motion, that each deposition **Transcript** was necessarily obtained for use in this case and is taxable. ECF #150-1 at 1 ("Uses" column of Bill of Costs Calculation Sheet); Guidelines, at §III.D.6. The deposition of S. Rand Werrin is additionally taxable because the deponent was a party to this case. Guidelines, at §III.D.6.

   b. Defendant has attached invoices containing all necessary information to establish the amount taxable as to each witness's deposition. Neither invoice includes any non-taxable charges.

THEREFORE, for the foregoing reasons, costs are taxed against Plaintiffs, jointly and severally, and are awarded to Defendant in the amount of **$795.25** on this 27th day of January, 2026.

You are advised that any determination of costs by the Clerk may be reviewed by the Court upon motion served within seven (7) days pursuant to Federal Rule of Civil Procedure 54(d).

BRANDY LONCHENA
CLERK OF COURT

By:   /s/ Theresa E. Nixon
      Theresa E. Nixon
      Attorney Advisor

cc: Counsel of Record (via CM/ECF electronic notification)